August 21, 2000

No. 00A149.  In re Gibbs.  Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.

No. 00–5792 (00A153).  In re Gibbs.  Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.  Petition for writ of mandamus denied.

No. 00–5102 (00A139).  Gibbs v. Texas.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied.

No. 00–5107 (00A27).  Jones v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.  Certiorari denied.  Justice Stevens and Justice Ginsburg would grant the application for stay of execution.

August 22, 2000

No. 00–5807 (00A161).  Jones v. Texas.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied.

August 23, 2000

No. 99–9581 (99A954).  Caldwell v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.  Certiorari denied.  Justice Stevens and Justice Ginsburg would grant the application for stay of execution.